UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN M. FRANASIAK

        Plaintiff,

v.

        Civil Action No. 09-CV-00835

PALISADES COLLECTION, LLC.,

        Defendant.
_____

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:  March 9, 2012                                DATED:  March 9, 2012

/s/ Kimberly T. Irving_____         /s/ Michael Del Valle_____
Kimberly T. Irving, Esq.                         Michael Del Valle, Esq.
Law Offices of Kenneth Hiller               Sessions, Fishman, Nathan &
*Attorneys for Plaintiff*                            Israel of New York
6000 North Bailey Avenue, Suite 1A      *Attorneys for Defendant*
Amherst, New York 14226                    130 John Muir Drive
Phone:  (716) 564-3288                          Suite 106
                                                             Amherst, New York 14228
                                                             Phone: (716) 625-7492